Entered: July 21, 2023
Signed:  July 21, 2023

**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Greenbelt

**In re:   Case No.:  23–10861 – MCR     Chapter:  7**

In Re: Debtor (names used by the debtor in the last 8 years, including married, maiden, trade, and address):

James L. Muscatello, Inc.
*debtor has no known aliases*
7901 Beechcraft Avenue
Gaithersburg, MD 20879

Social Security No.:

Employer's Tax I.D. No.:  52–1176557

# FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above–named debtor on 2/9/23.

The estate of the above–named debtor has been fully administered.

ORDERED, that Gary A. Rosen is discharged as trustee of the estate of the above–named debtor; and the Chapter 7 case of the above named debtor is closed.

**End of Order**

**fnldec –** *DeniseSmith*